IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES ZAREMBA V, | : |
| | : |
| Plaintiff, | : Civil Action Number: |
| | : |
| vs. | : |
| | : 1:12-cv-02580-CAP |
| BIG TIME HOSPITALITY CONCEPTS, LLC d/b/a TRINITY CREOLE CAFÉ, and WILLIAM BRUNSON III, | : |
| | : |
| Defendants. | |

**ORDER**

The above-styled case is presently before the Court on the parties' Renewed Joint Motion for Review and Approval of the Revised Settlement and Release Agreement. The parties have requested that the Court review and approve the parties' proposed Revised Settlement Agreement in this case because Plaintiff's Complaint includes claims under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. The Court has reviewed the proposed Revised Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the dispute. Accordingly, the parties' Joint Motion is **GRANTED**, and the Revised Settlement Agreement and Full and Final Release of All Claims is **APPROVED** and incorporated herein.

-- 2 --

This Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED, this <u>21st</u> day of <u>   May   </u>, 2013.

<pre>
                              /s/Charles A. Pannell, Jr.
                              Charles A. Pannell, Jr.
                              Judge, United States District Court
</pre>